UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THREE BROTHERS TRUCKING, | No. C 06-1816 WDB |
| Plaintiffs, | ORDER RE CONSENT OR REASSIGNMENT AND SETTING BRIEFING SCHEDULE |
| v. | |
| EXEL GLOBAL LOGISTICS, | |
| Defendants. _____/ | |

This case was randomly assigned at filing to the undersigned United States Magistrate Judge. Without the written consent of all parties to jurisdiction pursuant to 28 U.S.C. section 636(c), a Magistrate Judge may not hear and determine a motion that could be dispositive of an action or a claim or defense. On March 9, 2006, defendant Exel Global Logistics filed a motion to dismiss or transfer -- a potentially dispositive motion. In light of defendant's pending motion, the Court asks the parties to consider the attached "Consent to Assignment or Request for Reassignment," make an election, and file the consent or request for reassignment **by no later than March 29, 2006.**

Plaintiff's opposition is due **March 29, 2006.** Defendant's reply is due **April 5, 2006**. If all parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. section 636(c), the undersigned will conduct a hearing on defendant's motion on **April 19, 2006, at 1:30**

1

1  **p.m.**, in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland,
2  California 94612.
3      If any party requests reassignment to a district judge, the April 19, 2006, date will be
4  vacated, and defendant's motion will be re-noticed for hearing before the district judge to
5  whom the case has been reassigned at the discretion of that judge.
6      IT IS SO ORDERED.
7  Dated: March 15, 2006                  /s/ Wayne D. Brazil
                                                       WAYNE D. BRAZIL
8                                                         United States Magistrate Judge
9  Copies to:
10     All parties,
       WDB
11
   Attachment
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28