1  Herman Franck, Esq. (SBN 123476)
   Law Offices of Herman Franck
2  1801 7th Street, Suite 150
   Sacramento, CA 95814
3  Tel: (916) 447-8400
   Fax: (916) 447-0720
4
5  Attorney for Plaintiff
   Three Brothers Trucking, Inc.
6

7              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
8

9

10 THREE BROTHERS TRUCKING, INC.              Case No. C 06-01816 WDB

11            Plaintiff,

12                                            STIPULATION FOR ORDER
                                              CONTINUING HEARING DATE
                                              ON MOTION TO DISMISS/
13 vs.                                        TRANSFER VENUE

14
                                              Current Date: April 19, 2006
15 EXEL GLOBAL LOGISTICS, INC.
                                              New Date: April 26, 2006
16            Defendant,                      Time: 1:30 p.m.
                                              Ctrm: 4
17 _____/

18

19 Herman Franck, Esq., counsel for Plaintiff Three Brothers Trucking, Inc. has advised Conte C.

20 Cicala, Esq., counsel for Defendant Exel Global Logistics, Inc., and moving party, that Mr.

21 Franck has a scheduling conflict on April 19, 2006. Mr. Cicala is willing to accommodate Mr.

22 Franck's schedule by agreeing to move the hearing date to April 26, 2006 at 1:30 p.m. in

23 Courtroom 4.

24

25

Accordingly, the parties stipulate and agree that the hearing date of April 19, 2006 at 1:30 p.m. on Defendant's motion to dismiss/transfer venue may be continue to April 26, 2006 at 1:30 p.m. in Courtroom 4.

SO STIPULATED:

_____
Herman Franck, Esq.
Attorney for Plaintiff
Three Brothers Trucking, Inc.

Dated: April 14, 2006

_____
Conte C. Cicala, Esq.
Attorney for Defendant
Exel Global Logistics, Inc.

Dated: April 14, 2006

## ORDER

The Court accepts the foregoing stipulation and hereby ORDERS that the hearing date of April 19, 2006 at 1:30 p.m. on Defendant's motion to dismiss/transfer venue is continued to April 26, 2006 at 1:30 p.m. in Courtroom 4.

SO ORDERED:

*/s/ Wayne D. Brazil*
_____
Hon. Wayne Brazil
United States District Court Judge
  Magistrate

Dated: 4-17-06